U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

**MICHAEL TRENT WORKMAN,**               Chapter 7

**TINA RENEE WORKMAN,**                  8:13-bk-08169-KRM

    Debtor(s)
_____/

**AMENDED MOTION FOR SANCTIONS AND ATTORNEY FEES
UNDER 11 U.S.C. 362 (a) (6) and (k)(1)**

COME NOW Debtors MICHAEL TRENT WORKMAN and TINA RENEE WORKMAN, through undersigned counsel, and move this Court to sanction SELECT PORTFOLIO SERVICING ("Creditor") for violating the Automatic Stay under 11 U.S.C 362 and in support thereof, states:

1. This case was commenced by the filing of a voluntary Petition under Chapter 13 of the U.S. Bankruptcy Code on June 21, 2013.

2. Before and after filing, Debtors attempted and continue to attempt to modify the first Mortgage held by Creditor on their homestead property.  To this end, Debtors have submitted requested documentation to Creditor and await a modification offer that they can afford.

3. Subsequent to filing, Debtor lost his employment in August 2013.  Debtors converted their Chapter 13 case to a Chapter 7 case on November 4, 2013.

4. Debtors have indicated on their Statement of Intentions that they intend to retain their homestead property and pay the mortgage.  Debtors are therefore protected by the automatic stay under 11 USC 362 and should not be receiving requests for payment from Creditor.

5. Further, Creditor is aware that Debtors cannot afford their current mortgage payment.

6. Nonetheless, Creditor makes multiple phone calls every day, up to seven (7) times a day,

to Debtors. When Debtors answer the call, Creditor asks them about their intention with the mortgage. Debtors have told Creditor so many times that they are pursuing a modification that it is evident that Creditor is calling Debtors simply to harass them. The calls serve no purpose as Creditor knows that Debtors are in an active modification.

7. Creditor's actions violate 11 U.S.C. 362 (a) (1).

8. Undersigned counsel has spent time and resources pursuing this violation and should be compensated pursuant to 11 U.S.C. 362 (k) (1).

9. SELECT PORTFOLIO SERVICING should be held accountable for its failure to follow the law. Debtors are requesting punitive damages in the amount of $1,000.00 pursuant to 11 U.S.C. 362 (k) (1).

**WHEREFORE,** Debtors respectfully request this Honorable Court enter an order ordering SELECT PORTFOLIO SERVICING to immediately cease pursuing any further action in the foreclosure case against Debtors, sanctioning SELECT PORTFOLIO SERVICING for willful and continued violation of the automatic stay by continuing to contact Debtors regarding their debt with them, awarding attorney fees and punitive damages and granting such other relief as it deems just and proper.

Respectfully submitted,

**LAW OFFICES OF KAREN GATTO, LLC**
8270 Woodland Center Blvd
Tampa, FL 33614
(800) 675-5507
kgatto@gattolaw.com

_/s/ Karen Gatto_
By:   Karen Gatto, Esq.
      Fl Bar No 190527

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been served by electronic service or U.S. Mail upon **Richard Dauval,** Chapter 7 Trustee; **Antonio Alonso, Esquire,** Counsel for Creditor **Select Portfolio Servicing,** Choice Legal Group, PA, 1800 NW 49th St., Ste 120, Ft. Lauderdale, FL 33309; and **Michael T. Workman and Tina R. Workman,** Debtors, 813 West 113th Ave, Tampa, FL 33612 this 12th day of November, 2013.

                                      **LAW OFFICES OF KAREN GATTO, LLC**

By:          ___/s/ Karen Gatto_____
                  Karen Gatto, Esq.
                  FBN 190527