U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

**MICHAEL TRENT WORKMAN,**   Chapter 7
**TINA RENEE WORKMAN,**   8:13-bk-08169-KRM
    Debtor(s)
_____/

## STATEMENT OF CHANGED CIRCUMSTANCES

COME NOW Debtors MICHAEL TRENT WORKMAN and TINA RENEE WORKMAN, through undersigned counsel, and file this Statement of Changed Circumstances and in support thereof state:

Debtors converted their Chapter 13 case to a Chapter 7 case because of greatly reduced household income. Debtor voluntarily left his employment in August 2013 for an opportunity which promised higher earnings. Shortly after starting this new employment, Debtor was unexpectedly let go and has been unable to find employment since. Additionally, Joint Debtor's overtime has been eliminated. Debtor's current gross household income is under the median.

    Respectfully submitted,

    **LAW OFFICES OF KAREN GATTO, LLC**
    8270 Woodland Center Blvd
    Tampa, FL 33614
    (800) 675-5507
    kgatto@gattolaw.com

      /s/ *Karen Gatto*
By:    Karen Gatto, Esq.
    Fl Bar No 190527

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served by electronic service or U.S. Mail upon **Richard Dauval,** Chapter 7 Trustee; and **Michael T. Workman and Tina R. Workman,** Debtors, 813 West 113th Ave, Tampa, FL 33612 this 13th day of November, 2013.

    **LAW OFFICES OF KAREN GATTO, LLC**

By:    ___/s/ Karen Gatto_____